UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 07-CR-209 (EGS) |
| | : | |
| v. | : | |
| | : | |
| PAUL C. HARARY, | : | |
| | : | |
| Defendant. | | |

### NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney Jonathan R. Barr. This is a notice that Assistant United States Attorney John Griffith, telephone number (202) 353-2453, is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
John Griffith, Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room 5826
Washington, DC 20530
(202) 353-2453

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to Christopher Bruno, Esq., at:

BRUNO & DEGENHARDT, P.C.
10201 Lee Highway
Suite 225
Fairfax, VA 22030

this 23rd day of August, 2007.

_____
JOHN D. GRIFFITH
ASSISTANT UNITED STATES ATTORNEY