AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>*Paul Harang* | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: *CR-07-209* |

I, *Paul Harang* _____, the above named defendant, who is accused of

FILED
SEP 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  *9/24/07* _____ prosecution by indictment and consent that the
                                           *Date*
proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
        *Judicial Officer*