UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-209 (EGS) |
| | ) | |
| PAUL HARARY, | ) | |
| Defendant. | ) | |

### ORDER

In a hearing before Magistrate Judge John M. Facciola on September 24, 2007, defendant entered a plea of guilty. On September 24, 2007, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. See Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          October 10, 2007