UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 07-CR-209 (EGS) |
| PAUL C. HARARY, | : | |
| Defendant. | : | |

## JOINT MOTION OF THE UNITED STATES AND DEFENDANT TO CONVERT THE DECEMBER 20, 2007 SENTENCING HEARING INTO A STATUS HEARING

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, and the defendant, by and through his attorneys, move to convert the sentencing hearing scheduled for December 20, 2007 at 10:30 a.m., into a status hearing. For the reasons, set forth below, the United States and defendant respectfully request that the joint motion to convert the December 20, 2007 sentencing hearing into a status hearing be granted.

On August 24, 2007, defendant Harary pleaded guilty pursuant to a plea agreement to one count of Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349. The plea agreement executed by the United States and defendant Harary included an agreement by Mr. Harary to cooperate with the United States. On September 25, 2007, this Court issued an order scheduling the defendant's sentencing hearing for December 20, 2007, at 10:30 a.m. Given the cooperation provisions of the plea agreement, the United States and defendant Harary believe it would be premature to have the sentencing on December 20, 2007. Accordingly, the

United States and defendant Harary respectfully move the Court to convert the currently scheduled December 20, 2007 sentencing hearing into a status hearing, and continue sentencing until further order of the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: *(signature)*

JONATHAN R. BARR
D.C. Bar No.: 437334
JOHN D. GRIFFITH
Iowa Bar No.: 4622
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9620 (Barr)
jonathan.barr2@usdoj.gov
(202) 353-2453 (Griffith)
john.griffith3@usdoj.gov

*(signature)*

Christopher Bruno, Esq.
Bruno & Degenhardt, P.C.
D.C. Bar No.: 472860
10615 Judicial Drive, Suite 703
Fairfax, VA 22030
(703) 352-8960

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2007, I have caused a copy of the Joint Motion to Convert the December 20, 2007 Sentencing Hearing into a Status Hearing to be served by first class mail to counsel for defendant at the following address:

>   Christopher Bruno, Esq.
>   Bruno & Degenhardt, P.C.
>   10615 Judicial Drive, Suite 703
>   Fairfax, VA 22030

_____
Jonathan R. Barr
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 07-CR-209 (EGS) |
| : | |
| PAUL C. HARARY,  : | |
| : | |
| Defendant.  : | |
| : | |
| : | |

## ORDER

This matter comes before the Court upon the Joint Motion to Convert the December 20, 2007 Sentencing Hearing into a Status Hearing . For the reasons stated therein, it is this ____ day of _____ 2007,

ORDERED that the Joint Motion to Convert the December 20, 2007 Sentencing Hearing into a Status Hearing is hereby GRANTED, and

IT IS FURTHER ORDERED that sentencing hearing scheduled for December 20, 2007, be hereby converted into a status hearing and that sentencing for the defendant Paul C. Harary be continued until further order of the Court.

Date:_____     _____
                                EMMET G. SULLIVAN
                                UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW, Room 5241
Washington, D.C.  20530

Christopher Bruno, Esq.
Bruno & Degenhardt, P.C.
10615 Judicial Drive, Suite 703
Fairfax, Virginia 22030