UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-209 (EGS) |
| | : | |
| PAUL C. HARARY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**JOINT MOTION OF THE UNITED STATES AND DEFENDANT TO CONTINUE THE
DECEMBER 20, 2007 STATUS HEARING FOR 120 DAYS**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, and the defendant, by and through his attorney, move to continue the status hearing scheduled for December 20, 2007, at 10:30 a.m. for 120 days. For the reasons, set forth below, the United States and defendant respectfully request that the joint motion to continue the December 20, 2007 status hearing for 120 days be granted.

On August 24, 2007, defendant Harary pleaded guilty pursuant to a plea agreement to one count of Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349. The plea agreement executed by the United States and defendant Harary included an agreement by Mr. Harary to cooperate with the United States. On September 25, 2007, this Court issued an order scheduling the defendant's sentencing hearing for December 20, 2007, at 10:30 a.m. Thereafter, at the request of the parties, the sentencing hearing was converted to a status hearing. If the status hearing were held on December 20, 2007, the parties would report that Mr. Harary continues to cooperate in an

ongoing investigation. Accordingly, the United States and defendant Harary respectfully request that the joint motion to continue the December 20, 2007 status hearing for 120 days be granted.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney
                                          for the District of Columbia

By:        /S/
        JONATHAN R. BARR
        D.C. Bar No.: 437334
        JOHN D. GRIFFITH
        Iowa Bar No.: 4622
        Assistant U.S. Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-9620 (Barr)
        jonathan.barr2@usdoj.gov
        (202) 353-2453 (Griffith)
        john.griffith3@usdoj.gov

                                          /S/
                                        Christopher Bruno, Esq.
                                        Bruno & Degenhardt, P.C.
                                        D.C. Bar No.: 472860
                                        10615 Judicial Drive, Suite 703
                                        Fairfax, VA 22030
                                        (703) 352-8960

CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of December 2007, I have caused a copy of the Joint Motion to Continue the December 20, 2007 Status Hearing for 120 days to be served by first class mail to counsel for defendant at the following address:

                        Christopher Bruno, Esq.
                        Bruno & Degenhardt, P.C.
                        10615 Judicial Drive, Suite 703
                        Fairfax, VA 22030


                        /S/
                        Jonathan R. Barr
                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 07-209 (EGS) |
| : | |
| **PAUL C. HARARY,** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion of the United States and defendant Harary to Continue the December 20, 2007 status hearing for 120 days. For the reasons stated therein, it is this _____ day of _____ 2007,

ORDERED that the Joint Motion to Continue the December 20, 2007 status hearing for 120 days is hereby GRANTED, and

IT IS FURTHER ORDERED that status hearing scheduled for December 20, 2007, at 10:30 a.m., be hereby continued to _____, 2008, at _____ (am/pm).

Date:_____            _____
                                    EMMET G. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

copy to:

Jonathan R. Barr                    Christopher Bruno, Esq.
Assistant United States Attorney    Bruno & Degenhardt, P.C.
U.S. Attorney's Office              10615 Judicial Drive, Suite 703
555 4th Street, NW, Room 5241       Fairfax, Virginia 22030
Washington, D.C. 20530