UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 07-209 (EGS) |
| | : | |
| PAUL C. HARARY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**JOINT MOTION OF THE UNITED STATES AND DEFENDANT TO CONTINUE THE
July 17, 2008 STATUS HEARING FOR 120 DAYS**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, and the defendant, by and through his attorneys, move to continue the status hearing scheduled for July 17, 2008 at 12:00 p.m. for 120 days. For the reasons, set forth below, the United States and defendant respectfully request that this Joint Motion to Continue the July 17, 2008 Status Hearing for 120 days be granted.

On September 24, 2007, defendant Harary pleaded guilty pursuant to a plea agreement to one count of Conspiracy to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349. The plea agreement executed by the United States and defendant Harary included an agreement by Mr. Harary to cooperate with the United States. On September 25, 2007, the Court set the defendant's sentencing hearing for December 20, 2007, at 10:30 a.m. Thereafter, at the request of the parties, the sentencing hearing was converted to a status hearing. If the status hearing were held on July 17, 2008, the parties would report that Mr. Harary continues to cooperate in an ongoing investigation. Accordingly, the United States and defendant Harary respectfully request

that the joint motion to continue the July 17, 2008 status hearing for 120 days be granted.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney
          for the District of Columbia

By:        /s/
          JOHN D. GRIFFITH
          Iowa Bar No.: 4622
          Assistant U.S. Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 353-2453
          john.griffith3@usdoj.gov


          /s/
          CHRISTOPER BRUNO
          Bruno & Degenhardt, P.C.
          10201 Lee Highway
          Suite 225
          Fairfax, VA 22030

          Attorney for Paul C. Harary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No.  07-209 (EGS) |
| : | |
| PAUL C. HARARY, : | |
| : | |
| Defendant.   : | |
| : | |
| : | |

**O R D E R**

This matter comes before the Court upon the Joint Motion to Continue the July 17, 2008 Status Hearing for 120 days.  For the reasons stated therein, it is this _____ day of

_____ 2008,

ORDERED that the Joint Motion to Continue the July 17, 2008 Status Hearing for 120 days is hereby GRANTED,  and

IT IS FURTHER ORDERED that status hearing scheduled for July 17, 2008, be hereby continued to _____  _____, 2008 at _____ (a.m./p.m.).


Date:_____                    _____
                                                                        EMMET G. SULLIVAN
                                                                        UNITED STATES DISTRICT JUDGE

copy to:

| | |
|---|---|
| John D. Griffith | Christopher Bruno |
| Assistant United States Attorney | Bruno & Degenhardt, P.C. |
| U.S. Attorney's Office | 10201 Lee Highway |
| 555 4th Street, NW, Room 5826 | Suite 225 |
| Washington, D.C.  20530 | Fairfax, VA 22030 |